IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMIE MCKEEL, | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 12-0079-CG-M |
| HODUM TRUCKING LLC, et al., | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the Motion to Remand (Doc. 8) is **DENIED**.

**DONE and ORDERED** this 6th day of July, 2012

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE